# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In Re: Ambry Genetics Data Breach Litigation*<br><br>This Document Relates To:<br>All Actions | Honorable Cormac J. Carney<br><br>Lead Case No.: 8:20-cv-00791 CJC (KESx)<br><br>**ORDER REGARDING PAGE LIMITS FOR PLAINTIFFS' MOTION FOR AWARD OF ATTORNEY FEES, COSTS AND EXPENSES, AND SERVICE AWARDS** |

WHEREAS, Plaintiffs, on the one hand, and Defendants AMBRY GENETICS CORPORATION ("AMBRY") and KONICA MINOLTA PRECISION MEDICINE, INC. ("KMPM"), on the other hand (collectively "the Parties"), have stipulated to extend the page limits for Plaintiffs' Motion for Award of Attorney Fees, Costs and Expenses, and Service Awards to 30 pages, and good cause appearing,

IT IS HEREBY ORDERED that, upon good cause shown:

1. The page limits for Plaintiffs' Motion for Award of Attorney Fees, Costs and Expenses, and Service Awards is extended to 30 pages.

**IT IS SO ORDERED.**

Dated:  December 15, 2022

_____
Honorable Cormac J. Carney
United States District Judge