1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| *In re Ambry Genetics Data Breach Litigation*<br><br>This Document Relates To: All Cases | Hon. Cormac J. Carney<br>Courtroom 7C<br><br>Lead Case No.: 8:20-cv-00791 CJC (KESx)<br><br>**CLASS ACTION**<br><br>**JUDGMENT** |

JUDGMENT

On March 6, 2023, the Court granted Plaintiffs' Motion for Final Approval of Class Action Settlement and granted Plaintiffs' Motion for Attorney Fees, Costs, and Service Awards. ECF No. 169. Pursuant to Federal Rule of Civil Procedure 54, the Court hereby enters final judgment in the above-captioned matter. Plaintiffs' claims against Defendants Ambry Genetics Corporation and REALM IDx, Inc. (formerly known as Konica Minolta Precision Medicine, Inc.) are hereby dismissed with prejudice. The Clerk shall close this file.

**IT IS SO ORDERED.**

Dated: November 7, 2023

_____
HON. CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE